■ Bravo Knits, Inc., Respondent-Appellant, v. Donald De Young et al., Appellants-Respondents, and Roseclaire Knitting Mills, Inc., et al., Respondents.—

Concur —
McGivern, J. P., Markewich, Steuer and Tilzer, JJ.